No. 83–5800.   McKNIGHT v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–5801.   THOMAS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 83–5803.   TALBERT v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–5805.   HAWKINS v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 83–5812.   FOSTER v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 83–5817.   BENDER v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 83–5822.   BLANCO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–5828.   SOWARDS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–5834.   QUINTANA-SAMANIEGO v. UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 83–5839.   GODWIN v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–207.   ARIYOSHI, GOVERNOR OF HAWAII, ET AL. v. PEKARSKY ET AL.   C. A. 9th Cir.   Certiorari denied.   JUSTICE BLACKMUN would grant certiorari.

No. 83–783.   DAVIS v. GLADSTONE ET AL.   C. A. 11th Cir. Certiorari denied.   JUSTICE BLACKMUN would grant certiorari.

No. 83–243.   BROWN & ROOT, INC., ET AL. v. THORNTON ET AL.   C. A. 5th Cir.   Motions of respondents Billy Thornton and James Broussard for leave to proceed in forma pauperis granted. Certiorari denied.